IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER JOHANNE GARRIS, JR., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:12CV1187 ) |
| S.G. AVERETTE, et al., | ) ) ) |
| Defendant(s). | ) |

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, has submitted a civil rights action pursuant to 42 U.S.C. § 1983. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. Filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2. None of the defendants are located within this District, but are located in the Eastern District of North Carolina, and the events challenged in the Complaint are all alleged to have occurred in that District. See 28 U.S.C. § 1391(b). Plaintiff should seek the proper forms from the Clerk of that district and file the Complaint there. The proper address is: 310 New Bern Avenue, Room 574, Raleigh, NC 27601.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the proper district, which corrects the defects of the present Complaint.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS RECOMMENDED** that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the proper district, which corrects the defects cited above.

／s／ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

Date: November 7, 2012